IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

**FILED**
June 10, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:20-CR-021-H |
| HEATH DAVIS | |

INDICTMENT

The Grand Jury charges:

Count One
Convicted Felon in Possession of a Firearm and Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about January 9, 2020, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Heath Davis**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, to wit: a .380 Kel Tec pistol, Model P-3AT, serial number K7B03, and two rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**Heath Davis**
**Indictment – Page 1**

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of Count One of the indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Heath Davis** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a .380 Kel Tec pistol, Model P-3AT, serial number K7B03, and two rounds of ammunition.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:   325-672-8160
Facsimile:   325-673-3139
E-Mail:      Juanita.Fielden@usdoj.gov

Heath Davis
Indictment – Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

THE UNITED STATES OF AMERICA

v.

HEATH DAVIS

INDICTMENT

COUNT 1: CONVICTED FELON IN POSSESSION OF A FIREARM AND AMMUNITION
Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

(1 COUNT + FORFEITURE NOTICE)

A true bill rendered:
Lubbock                                               _____ Foreperson

Filed in open court this _10th_ day of June, 2020.

                                                              Clerk
ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE