AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

2020 JUN 17 PM 2:13

DEPUTY ____

UNITED STATES OF AMERICA

V.

HEATH DAVIS

**WARRANT FOR ARREST**

Case Number: 6:20-CR-021-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Heath Davis__
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)

Convicted Felon in Possession of a Firearm and Ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1) and 924(a)(2)__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

/s/ Karen Mitchell
Signature of Issuing Officer

Honorable U.S. Magistrate Judge, D. Gordon Bryant, Jr.    6/10/2020    Lubbock, Texas
                                                                                              Date              Location

By: /s/ Donna Stumfeld
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

7236 Sun Lane San Angelo, TX 76901

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-16-2020 | Les Pyfer ATF 6581 | /s/ |
| DATE OF ARREST 6-17-2020 | | |