IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO. 6:20-CR-00021-H-BU |
| | § § | |
| HEATH DAVIS (1) | § | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING

Upon motion of the Assistant United States Attorney and with the agreement of the defendant, it is ordered that a detention[1] hearing is set for Wednesday, June 24, 2020 at 1:30 p.m., before the undersigned in Courtroom 2000, United States District Courthouse, 33 East Twohig, San Angelo, Texas, 76903.

It is further ordered that pending this hearing, the defendant shall be detained in the custody of the United States Marshal and produced for the hearing set forth above.

DATED: June 17, 2020.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the detention hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. Section 3142(f)(2).