IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:20-CR-021-H |
| | ECF |
| HEATH DAVIS | |

### NOTICE OF INTENT TO USE BUSINESS RECORDS ACCOMPANIED BY SELF-AUTHENTICATING AFFIDAVITS

The United States of America ("Government") files this Notice of Intent to Use Business Records and Public Records Accompanied by Self-Authenticating Affidavit. The Government intends to introduce business records from Kel-Tec CNC Industries, Inc. in Cocoa, Florida.

### Background

This case is set for jury selection and trial on August 3, 2020, in San Angelo, Texas.

### Discussion

Rule 803(6) of the Federal Rules of Evidence allows the entry into evidence of business records of a regularly conducted activity, if --

- The record was made at or near the time by – or from information transmitted by – someone with knowledge;

- The record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

- Making the record was a regular practice of that activity;

- All these conditions are shown by the testimony of the custodian or another qualified witness, or by a verification that complies with Rule 902(11) or (12) or with a statute permitting certifications; and

- The opponent does not show that the source of information or the method or circumstance of preparation indicate a lack of trustworthiness.

In this case, the business records and business records affidavit from Kel-Tec Industries, Inc., regarding the interstate nexus of the .380 Kel-Tec pistol, Model P-3AT, serial number K7B03 have been previously provided to the defense in discovery.

## **CONCLUSION**

Based on the foregoing and pursuant to Rules 803(6), the Government provides notice to defendant of its intention to use business records accompanied by self-authenticating affidavit to present evidence to the jury in the trial of this case.

Dated this 30h day of June, 2020.

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Juanita Fielden*
JUANITA FIELDEN
Assistant United States Attorney
Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, TX  79601
Telephone:  325-672-8160
Email: Juanita.Fielden@usdoj.gov